**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOSEPH R. TOMELLERI,<br><br>*Plaintiff*,<br><br>v.<br><br>NATIONAL GEOGRAPHIC SOCIETY<br><br>*Defendant*. | Civil Action No: 1:19-cv-03720-ABJ |

## NATIONAL GEOGRAPHIC SOCIETY'S MOTION TO DISMISS

For the reasons set forth in the attached Statement of Points and Authorities, Defendant National Geographic Society ("**NGS**") respectfully requests that the Court dismiss with prejudice Count II of Plaintiff Joseph R. Tomelleri's Complaint for failure to state a claim under Fed. R. Civ. P. 12(b)(6).

NGS respectfully requests an oral hearing on this motion.

Dated: March 27, 2020

Respectfully submitted,

HOGAN LOVELLS US LLP

/s/ *Anna Kurian Shaw*
Anna Kurian Shaw (DC Bar No. 465665)
David Martin Foster (DC Bar No. 497981)
Lauren C. Chamblee (DC Bar No. 1015058)
Brendan C. Quinn (DC Bar No. 1616841)
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
Telephone: (202) 637-5600

Facsimile: (202) 637-5910
anna.shaw@hoganlovells.com
david.foster@hoganlovells.com
lauren.chamblee@hoganlovells.com
brendan.quinn@hoganlovells.com

*Attorneys of Record for*
*National Geographic Society*

## CERTIFICATE OF SERVICE

      I hereby certify that I filed the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia through the CM/ECF system on March 27, 2020. This system provided a copy to and effected service of this document on all parties.

      /s/ *Anna Kurian Shaw*
      Anna Kurian Shaw