# Civil Action No: 1:19-cv-03720-ABJ

# EXHIBIT 1
# TO
# NATIONAL GEOGRAPHIC SOCIETY'S
# MOTION TO DISMISS

C ⟲ ⓘ voices.nationalgeographic.com/2010/08/10/scientists_on_expedition_to_find_freshwater_fish/ ☆
.pps ▥ Terrible Movies  ⓐ Amazon.com: Prime...  G SMITHSONIAN MIS...  ⓠ Digital Map of Mexi...  ⓦ Ronald Moore's Art...  ▯ Trout 101  »  ▭ Other Book



NGS stock photo of grass carp at a fish farm in China by H Edward. Kim

Cypriniforms are found on every continent except Antarctica, Australia and South America, UF explained.

"Researchers will focus most of their work in tropical Africa and Asia where diversity is highest and new species are most likely to be discovered. Teams will capture and identify new species and produce descriptions, web pages and interactive identification keys with information about their ecological characteristics and geographic distribution," Page said.

This information can be used to identify species with diminishing populations, develop conservation strategies and provide a foundation for further studies.



Nonindigenous carps and minnows (Cyprinidae) in the United States, illustration courtesy of USGS.

Study co-investigator Jonathan Armbruster, an associate professor and curator of fishes at Auburn



The Fulbright-National Geographic Digital Storytelling Fellowship provides a unique platform for U.S. Fulbright awardees to build awareness of transnational challenges, comparing and contrasting cross-border issues. Their stories are shared on National Geographic digital platforms using a variety of digital storytelling tools, including text, photography, video, audio, graphic illustrations and/or social media. Meet the Fellows and follow their adventures across the world on the **Fulbright-National Geographic Storytelling blog**.

Follow the links on the sidebar of any of the blog's pages for details and tips on how to apply for a Fellowship.

Photo of the 2016/2017 class of Fellows by Randall Scott.

### Featured Research: Mushara Elephant Project

