IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH R. TOMELLERI<br><br>   *Plaintiff*,<br><br>  v.<br><br>NATIONAL GEOGRAPHIC SOCIETY<br><br>   *Defendant*. | Civil Action No: 1:19-cv-03720-ABJ |

## NATIONAL GEOGRAPHIC SOCIETY'S REQUEST FOR JUDICIAL NOTICE

Defendant National Geographic Society ("**NGS**") hereby requests that to the extent, if any, this Court finds that the United States Geological Survey ("**USGS**") report attached as Exhibit 2 is not incorporated by reference in Plaintiff Joseph R. Tomelleri's ("**Plaintiff**") Complaint, that this Court take judicial notice of this report.

This request is made pursuant to Federal Rule of Evidence 201 and the authorities cited below. NGS makes this request in connection with its Motion to Dismiss Count II of Plaintiff's Complaint, ECF No. 12.

### BASIS FOR NGS' REQUEST

When deciding a motion to dismiss under Fed. R. Civ. P. 12(b)(6), a court may ordinarily consider only "the facts alleged in the complaint, documents attached as exhibits or incorporated by reference in the complaint, and matters about which the Court may take judicial notice." *Gustave-Schmidt v. Chao*, 226 F. Supp. 2d 191, 196 (D.D.C. 2002) (citing *EEOC v. St. Francis Xavier Parochial Sch.*, 117 F.3d 621, 624–25 (D.C. Cir. 1997)).

Plaintiff's Complaint, which includes allegations for copyright infringement and violations of the DMCA, stems from a post on NGS' former *Voices* blog entitled "Scientists on Expedition to Find Freshwater Fish," which contained a hyperlink to a USGS report entitled "Foreign Nonindigenous Carps and Minnows (Cyprinidae) in the United States – A Guide to Their Identification Distribution, and Biology." (Ex. 2.) USGS is the scientific agency of the Department of the Interior that studies the landscape and natural resources of the United States.

To the extent, if any, the Court finds that the USGS report is not incorporated by reference in Plaintiff's Complaint, this Court may, alternatively, take judicial notice of the report. When reviewing a motion to dismiss for failure to state a claim, courts may take judicial notice of public records, official reports, and publications from federal agencies as these documents "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned" and are otherwise generally reliable. Fed. R. Evid. 201(b); *see Johnson v. Comm'n on Presidential Debates*, 202 F. Supp. 3d 159, 167 (D.D.C. 2016), *aff'd*, 869 F.3d 976 (D.C. Cir. 2017) (taking judicial notice of political and statistical facts on Federal Election Commission website); *Hamilton v. Paulson*, 542 F. Supp. 2d 37, 52 n.15 (D.D.C. 2008), *rev'd on other grounds and remanded sub nom. Hamilton v. Geithner*, 666 F.3d 1344 (D.C. Cir. 2012) (taking notice of General Schedule system information on Office of Personnel Management website); *see also Pharm. Research & Manufacturers of Am. v. HHS*, 43 F. Supp. 3d 28, 33 (D.D.C. 2014) ("Courts in this jurisdiction have frequently taken judicial notice of information posted on official public websites of government agencies."); *William Loveland Coll. v. Distance Educ. Accreditation Comm'n*, 347 F. Supp. 3d 1, 6 n.3 (D.D.C. 2018), *aff'd*, 788 F. App'x 5 (D.C. Cir. 2019) (Berman Jackson, J.) (taking judicial notice of information on Distance Education Accrediting Commission's website); *Cannon v. District of Columbia*, 717 F.3d 200, 205 (D.C.

Cir. 2013) (taking judicial notice of document posted on the District of Columbia's Retirement Board website); *Nebraska v. EPA*, 331 F.3d 995, 998 n.3 (D.C. Cir. 2003) (taking judicial notice of an Environmental Protection Agency database).

As noted above, USGS is a federal agency and the report entitled "Foreign Nonindigenous Carps and Minnows (Cyprinidae) in the United States – A Guide to Their Identification Distribution, and Biology" is an official publication of this federal agency. It is a resource that can be accurately and readily determined from USGS' website, whose accuracy cannot reasonably be questioned, thereby satisfying the criteria of Fed. R. Evid. 201(b).

Accordingly, the Court may properly take judicial notice of and consider Exhibit 2 in ruling upon NGS' Motion to Dismiss Count II of Plaintiff's Complaint.

Dated: March 27, 2020

Respectfully submitted,

HOGAN LOVELLS US LLP

/s/ *Anna Kurian Shaw*
Anna Kurian Shaw (DC Bar No. 465665)
David Martin Foster (DC Bar No. 497981)
Lauren C. Chamblee (DC Bar No. 1015058)
Brendan C. Quinn (DC Bar No. 1616841)
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
anna.shaw@hoganlovells.com
david.foster@hoganlovells.com
lauren.chamblee@hoganlovells.com
brendan.quinn@hoganlovells.com

*Attorneys of Record for*
*National Geographic Society*

## CERTIFICATE OF SERVICE

    I hereby certify that I filed the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia through the CM/ECF system on March 27, 2020. This system provided a copy to and effected service of this document on all parties.

                                          /s/ *Anna Kurian Shaw*
                                          Anna Kurian Shaw